UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAQUAN KELLY,

    Plaintiff,

v.

    Case No. 2:20-cv-49

    HONORABLE PAUL L. MALONEY

UNKNOWN LABELLE, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Labelle filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 12, 2021, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages from Defendant Labelle in his office capacity are DISMISSED. The motion is DENIED in all other respects.

Dated: June 14, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge