UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAQUAN KELLY,

    Plaintiff,

v.

UNKNOWN LABELLE, et al.,

    Defendants.
_____/

Case No. 2:20-cv-49

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  January 6, 2023

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge